UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA GILDEN SEAVEY<br><br>7214 Spruce Ave.<br>Takoma Park, MD 20912,<br><br>       PLAINTIFF<br>   vs.<br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br><br>       DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Judge _____<br>)  Civil Action No. _____ |

## **COMPLAINT**

### THE PARTIES

1.   Plaintiff Nina Gilden Seavey is a citizen of Maryland.

2.   Seavey is an Emmy Award-winning documentary filmmaker and has been a practitioner, professor, and programmer for non-fiction films for the past nearly thirty years.  Her films can be seen in theaters, on television, in ancillary media, and in museum exhibitions across the globe.

Seavey is the founder and director of The Documentary Center at The George Washington University, which she founded in 1990, and she concurrently serves as the co-director of the Center for Innovative Media at GW. In 2002, Seavey became the Founding Director of SILVERDOCS: AFI/Discovery Channel Documentary Festival (now AFI Docs) and continued with the festival as Executive Producer, strand programmer, and senior member of the management team from 2004 to 2009.

Seavey's films have appeared in domestic and international festivals and have won numerous awards including 5 National Emmy nominations (one statue awarded), the Erik Barnouw Prize for Best Historical Film of the Year, The Golden Hugo, Cine Special Jury Prize, The Italian National Olympic Cup for Best Sports Film, among many others. Similarly, she has four films on permanent exhibition at the Smithsonian Institution and in two large screen installations through the National Park Service.

3.     Plaintiff seeks access to certain public records as part of a documentary film she is creating for distribution to the general public. The film, "My Fugitive" depicts the incidents and circumstances leading up to and resulting from the May 4, 1970 burning of an ROTC building on the campus of Washington University in St. Louis.  This film will be the first historical exploration of the intersection of the government's operations and activities as they impacted the rights of citizens, including students, civil rights activists, and academics, in a mid-western city at a critical time in our nation's past.  This nexus at the local level in the Midwest will be a critical addition to understanding of both social as well as regional American History and will add a seminal chapter to the canon of the history of social justice and civil rights in the U.S.

4.     Defendant Department of Justice (DOJ) is an agency of the United States.

5.     The Federal Bureau of Investigation (FBI) is a component of the DOJ.

6.     The FBI has possession, custody and control of the records Plaintiff seeks.

JURISDICTION AND VENUE

7.     This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

8.     This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

9.     Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

<u>STATEMENT OF FACTS</u>

**PLAINTIFF'S FIRST SET OF FOIA REQUESTS TO FBI**

10.   On November 7, 2013 Plaintiff sent, via the FOIA online portal a request to the FBI for records relating to COINTELPRO New Left Activities of the St. Louis Office of the FBI between January 1, 1966 and December 31, 1973.  The request is attached as Exhibit A.

11.   Plaintiff received a letter from the FBI dated November 26, 2013 acknowledging receipt of the FOIA request described in the previous paragraph and assigning tracking number 1236960-0.  Plaintiff received a letter from the FBI on December 11, 2013 stating that responsive records (SL 100-21213, SL 100-21707 and SL-100-21708) were housed at the National Archives and Records Administration (NARA).  Plaintiff filed an administrative appeal to the Department of Justice, Office of Information Policy on January 30, 2014 which was assigned tracking number AP-2014-01398.  On February 18, 2014 Plaintiff filed a second FOIA request to the FBI with more specific information relating to COINTELPRO New Left Activities of the St. Louis Office of the FBI.  On March 4, 2014 the FBI assigned the request tracking number 1236960-001 and stated that the Bureau was unable to identify main files responsive to this request.  On March 20, 2014 Plaintiff filed an administrative appeal to the DOJ OIP.  On May 12, 2014 this appeal was assigned tracking number AP-2014-02062 and affirmed the FBI's finding of no responsive main file records.  On June 16, 2014 the DOJ, responding to Appeal No AP-2014-01398, affirmed the FBI's finding on partly modified grounds stating that the FBI had incorrectly identified two of the three file numbers, with the correct file numbers being SL-100-21307, SL-100-21308, and SL-100-21213.  On March 3, 2015, Plaintiff filed another request for information relating to FBI COINTELPRO activities directed towards the New Left in St. Louis as part of the omnibus FOIA request with cover letter (see Exhibit G). On April 30, this request was assigned tracking number 1327595-000 and Plaintiff was referred to the Vault.  On June 12,

2015, Plaintiff appealed and on July 6, 2015 the appeal was assigned the tracking number AP-2015-04426.  As of filing of complaint no determination on the appeal has been rendered.

12.  On November 19, 2013 Plaintiff sent, via the FOIA online portal a request to the FBI for records relating to Donald R. Bird.  A proof-of-death was appended to this request. The request is attached as Exhibit B.

13.  Plaintiff received a letter from the FBI dated December 11, 2013 acknowledging receipt of the FOIA request described in the previous paragraph and assigning tracking number 1240512-0.  On January 2, 2014 Plaintiff received a letter from the FBI stating that it was unable to identify main file records relating to this request.  On January 6, 2014, Plaintiff filed an administrative appeal to the DOJ OIP and on January 28, 2014 that appeal was assigned tracking number AP-2014-01045.  On February 11, 2014 Plaintiff filed a second request for information with more specific information and on March 4, 2014 the FBI assigned tracking number 1240512-001 to this request and stated that it was unable to identify main file records on the request.  On March 20, 2014, Plaintiff filed an appeal of this finding.  On March 27, 2014, the FBI again responded that it was unable to identify main file records responsive to this FOIA.  On April 2, 2014, Plaintiff filed another FOIA request to the FBI seeking records on Donald Bird. On April 3, 2014 acknowledged receipt of the March 20, 2014 appeal and assigned it tracking number AP-2014-02061.  On April 16, 2014, DOJ OIP, responding to appeal AP-2014-01045, affirmed the FBI's finding of no responsive records.  On May 21, 2014, responding to appeal AP-2014-02061, DOJ OIP again affirmed the FBI's finding of no responsive records.  On March 3, 2015, Plaintiff filed another request as part of the omnibus FOIA request with cover letter (see Exhibit G).  On March 27, 2015 the FBI assigned this request tracking number 1324903-001 and was again unable to identify main file records for this request.  On June 30, 2015 Plaintiff made another FOIA for the release of main and cross-referenced files relating to Donald Bird.  On July

17, 2015, the FBI assigned tracking number 1324903-001. As of the filing of this Complaint, the FBI has not made a final determination as to whether to release all of the responsive records.

14.   On February 7, 2014 Plaintiff sent, via the FOIA online portal a request to the FBI for records relating to Lawrence Allen Kogan.  A proof-of-death was appended to this request. The request is attached as Exhibit C.

15.   Plaintiff received a letter from the FBI dated February 11, 2014 acknowledging receipt of the FOIA request described in the previous paragraph and assigning tracking number 1252435-000.  On March 19, 2014 the FBI responded that it had located 1585 pages of records potentially responsive to this request.  On March 26, 2014 Plaintiff issued a work order to the Work Process Unit, Record information/Dissemination Section, Records Management Division of the FBI for duplication of these records.  On March 3, 2015, Plaintiff filed another request for records relating to Lawrence Allen Kogan as part of the omnibus FOIA request with cover letter (see Exhibit G).  On April 23, 2015, the FBI responded and assigned tracking number 134462-000 to this request and closed this request as it shared the same tracking number as 1252435-00. As of the filing of this Complaint, the FBI has not made a final determination as to whether to release all of the responsive records.

16.   On March 19, 2014 Plaintiff sent, via the FOIA online portal a request to the FBI for records relating to Thomas Hopkinson Eliot.  A proof-of-death was appended to this request. The request is attached as Exhibit D.

17.   Plaintiff received a letter from the FBI dated March 25, 2014 acknowledging receipt of the FOIA request described in the previous paragraph and assigning tracking number 1258032-000.  On April 8, 2014 the FBI responded that potentially responsive records were destroyed on October 1, 1994.  On March 3, 2015, Plaintiff filed another request for records relating to Thomas Hopkinson Eliot as part of the omnibus FOIA request with cover letter (see Exhibit G).  On April 3, 2015, the FBI assigned tracking number 126032-001 to this request.  As

of the filing of this Complaint, the FBI has not made a final determination as to whether to release all of the responsive records.

18.   On September 11, 2013 Plaintiff sent, via the FOIA online portal, a request to the FBI for records relating to Louis Gilden.  A proof-of-death was appended to this request. The request is attached as Exhibit E.

19.   Plaintiff received a letter from the FBI dated September 13, 2013 acknowledging receipt of the FOIA request described in the previous paragraph and assigning tracking number 1228252-0.  On September 13, 2013 the FBI responded that it was unable to identify main file records responsive to this FOIA.   On April 2, 2014 Plaintiff sent an FOIA request for main or cross-referenced files relating to Louis Gilden.   On April 8, 2014 the FBI assigned tracking number 1259362-000 to this request and responded that it was unable to identify main file records pertaining to this request.   On March 27, 2014 Plaintiff filed an administrative appeal to the DOJ OIP.   On April 28, 2014 DOJ assigned tracking number AP-2014-02182 to this appeal. On July 2, 2014, DOJ OIP affirmed the FBI's finding of no responsive records and directed Plaintiff to provide additional information to initiate a cross-file reference request.   On March 3, 2015, Plaintiff filed another request for records relating to Louis Gilden as part of the omnibus FOIA request with cover letter (see Exhibit G). On April 3, 2015 the FBI responded and assigned tracking number 1325177-000 to this FOIA and identified file number 100-SL-21891, house at NARA, as being potentially responsive to this request.   On July 21, 2015 the FBI responded again and assigned tracking number 1325177-001 to this FOIA request and identified file number 100-SL-21891-156, housed at NARA, as potentially responsive to this request.   As of the filing of this Complaint, the FBI has not made a final determination as to whether to release all of the responsive records.

20.   On April 3, 2014 Plaintiff sent, via the FOIA online portal a request to the FBI for records relating to Washington University in St. Louis and the New Left. The request is attached as Exhibit F.

21.   Plaintiff received a letter from the FBI dated April 7, 2014 acknowledging receipt of the FOIA request described in the previous paragraph and assigning tracking number 1259418-000.  On April 17, 2014 the FBI responded that it was unable to identify main file records responsive to this FOIA.  On April 23, 2014 Plaintiff submitted an FOIA request to the FBI for cross-referenced files relating to Washington University (St. Louis) and the New Left.  On April 29, 2014 the FBI responded and assigned tracking number 1259418-001 to this FOIA request. On July 7, 2014 the FBI responded that it had located 1880 pages of records potentially responsive to this request.  On July 11, 2014, Plaintiff issued a work order to the Work Process Unit of the Federal Bureau of Investigation requesting these files.  As of the filing of this Complaint, the FBI has not made a final determination as to whether to release all of the responsive records.

## PLAINTIFF'S SECOND SET OF FOIA REQUESTS TO FBI

22.   On March 3, 2015 Plaintiff sent, via U.S. Postal Service Priority Mail, a cover letter and 280 FOIA requests to the FBI. The requests sought records on various living and deceased individuals, organizations, publications, files, events, government programs and other matters related to allied court cases, and acts of Congress.  Copies of privacy waivers and proof-of-death from numerous individuals were included. The cover letter sought a waiver of fees and included letters from several well-respected professionals supporting the fee waiver application. A copy of the cover letter and requests are attached as Exhibit G.

23.   According to the records of the U.S. Postal Service, the FOIA requests referred to in the previous paragraph were received by the FBI on March 9, 2015. USPS Tracking Number: 7014 2120 0004 6907 2586.

24.   On April 21, 2015, Plaintiff sent, via email, an addendum to the March 3, 2015 FOIA request adding 92 requests to her initial set of FOIA requests. The addendum contained requests for records on additional, related subject matters. A copy of the addendum is attached as Exhibit H.

## THE FBI'S RESPONSES TO PLAINTIFF'S SECOND SET OF FOIA REQUESTS AND PLAINTIFF'S APPEALS

25.   In a letter dated March 23, 2015, the FBI informed Plaintiff that it had received her requests dated March 3, 2015. The letter further stated that Plaintiff's request for a fee waiver was being denied, but that her request for news media status had been granted. The letter further stated that due to unusual circumstances, the FBI would be delayed in responding to the requests.

26.   On April 23, 2015, Plaintiff submitted an appeal of the denial of her request for a fee waiver. The appeal was accompanied by an additional letter of support of her request for a fee waiver. A copy of the appeal and the letter of support are attached here as Exhibit I.

27.   As of the filing of this Complaint, Plaintiff has not received a response to her appeal of the fee waiver denial.

28.   On April 13, 2015, Plaintiff received an email from Kimberly Deutsch, an FBI Public Information Officer, seeking additional information related to the March 3, 2015 request. The email stated, "A series of file numbers were indicated in your FOIA request letter dated March 3, 2015.  In order to process these requests, the analyst will need to be provided with the corresponding field offices for the files that were listed.  Would you mind advising where these files originated so that we may process your requests?"

29.   On April 22, 2015, Plaintiff responded to the email from Kimberly Deutsch. Attached to her email, Plaintiff included a spreadsheet providing information about which field offices she believed to be associated with which file numbers.

30.   The FBI has assigned tracking numbers to the following requests made by Plaintiff:

| File Request Name | FBI Tracking Number |
| --- | --- |
| COINTELPRO St. Louis (January 1, 1966 - December 31, 1973) | 1236960-0 |
| Howard Mechanic | 1254555-0 and 1324262-000 and 1238295-0 |
| Larry Kogan | 125435-000 |
| Susan Rosenblum | 1259573-000 and 1324303-000 |
| Washington University and New Left (09/01/1963 - 12/31/1975) | 1259418-000 |
| Donald Bird | 1324903-000 and 1240512-0 and 1324903-001 |
| Robert Boguslaw | 1324627-000 and 1324627-001 |
| William Markum Akin | 1324618-000 and 1324618-001 |
| Angus Sorenson Alston | 1324625-000 and 1324625-001 |
| Devereaux Kennedy | 1324514-000 |
| William Henry Danforth | 1324492-000 and 1324492-001 |
| Gladys Watkins Allen | 1324623-000 1324623-001 |
| Michael Ledeen | 1324613-000 and 1324613-001 |
| Patricia Gail Pellett | 1324250-000 |
| Edwin Scoville Jones | 1324364-000 and 1324364-001 |
| Michael Herman Semler | 1324344-000 |
| John Merrill Olin | 1324796-000 |
| George Edward Pake | 1324849-000 |
| Spencer Truman Olin | 1324817-000 |
| William Bothwell | 1324449-000 and 1324449-001 |
| Francis Ruppert | 1324919-000 |
| David Randolph Calhoun | 1325005-000 and 1325005-001 |
| Garland Allen | 1324299-000 |
| Charles Oldham | 1324746-000 |
| Samuel Charles Sachs | 1324931-000 |
| Clay Joseph Claiborne | 1324454-000 |
| David Colfax | 1324485-000 and 1324485-001 |
| Maurice Ripley Chambers | 1325013-000 and 1325013-001 |
| Elliot Horace Stein | 1325204-000 |
| Howard Albert Stamper | 1325176-000 and 1325176-001 |
| Robert Brookings Smith | 1325132-000 and 1325132-001 |
| George Capps | 1325007-000 |
| Alvin Ward Gouldner | 1325193-000 |
| Dan Bolef | 1324968-000 |
| Robert C. Buckhout | 1324988-000 and 1324988-001 |

| | |
|---|---|
| Stephen L. Graham | 1325205-000 and 1325205-001 |
| Daniel Kohl | 1324570-000 and 1324570-001 |
| Louis Gilden | 1324177-000 and 1228252-0 and 1325177-001 and 1259362-000 |
| Carl Boggs | 1324333-000 |
| Thomas Eliot | 1258032-000 and 1325045-000 |
| Lawrence Kogan | 1252435-000 |
| Barry Commoner | 1325022-000 |
| Frederick Lewis Deming | 1325027-000 |
| Joseph Cohn | 1325021-000 |
| Charles Allen Thomas | 1325213-000 |
| Harold Eugene Thayer | 1325210-000 |
| Burton Wheeler | 1325263-000 |
| James Douglas Marsh | 1325044-000 and 1325044-001 |
| William Lester Hadley Griffin | 1325368-000 and 1325368-001 |
| Carl Anton Dauten | 1325024-000 and 1325024-001 |
| Walter Alfred Hayes | 1325402-000 and 1325402-001 |
| Richard Kalter Weil | 1325258-000 and 1325258-001 |
| James Smith McDonnell | 1324512-000 and 1324512-001 |
| Elliot Horace Stein | 1325204-000 |
| David Morton May | 1324501-000 and 1324501-001 |
| Merl Martin Huntsinger | 1325496-000 and 1325496-001 |
| James Johnson Lee | 1325499-000 and 1325499-001 |
| Patricia Gail Pellett | 1324250-000 |
| Irving Louis Horowitz | 1325453-000 and 1325453-001 |
| University Council (Washington University | 1325772-000 |
| Left Bank Books | 1325835-000 |
| The Black Panthers | 1325624-000 |
| Sanford Noyes McDonnell | 1324546-000 |
| Women's International Committee for Peace and Freedom (St. Louis Chapter) | 1325902-000 |
| Contempt Trial of Howard Mechanic and Lawrence Kogan for Violation of the Restraining Order May 25 - June 11, 1970 | 1325978-000 |
| Municipal and Federal Indictments, Convictions, and Sentencing of Student Demonstrators | 1325967-000 |
| Protest on the Campus of Washington University St. Louis May 4-5 1970 | 1325963-000 |

| | |
|---|---|
| Grand Jury Investigations, Inquiries, Witnesses and Indictments | 1325987-000 |
| Fire at Washington University in St. Louis Air Force ROTC | 1325910-000 |
| St. Louis War Resistors League and St. Louis War Resisters League | 1325895-000 and 1332629-000 |
| Ethan Allen Hitchcock Shepley | 1325122-000 |
| Dennis Winkler | 132566-000 |
| Action Committee to Increase Opportunities for Negros (ACTION?) | 1325398-000 |
| St. Louis Black Liberators | 132564-000 |
| Merle Kling | 1324403-000 and 1324403-001 |
| The Rebstock Group | 1325795-000 |
| ROTC Washington University | 1325736-000 and 1325736-001 |
| St. Louis Draft Resistance | 1325657-000 |
| Washington University in St. Louis Sociology Department | 1326377-000 |
| Washington University in St. Louis Political Science Department | 1326387-000 |
| Board of Trustees of Washington University - St. Louis | 1326394-000 |
| The McDonnell Film | 1326219-000 |
| 113th MI Group III | 1326234-000 and 1326223-000 |
| Pardoning of Howard Mechanic by President Clinton (January 2001) | 1326212-000 |
| Lawrence Kogan | 1324462-000 |
| Warren McKinney Shapleigh | 1325056-000 |
| KDNA Radio | 1326294-000 and 1326294-000 - CHECK THIS FILE |
| Temporary Restraining Order on Howard Mechanic and Larry Kogan | 1326331-000 |
| City of Clayton Police Department | 1327503-000 |
| St. Louis County Police Department | 1326398-000 |
| University City Police Department | 1326971-000 |
| Students for a Democratic Society/Weathermen | 1327513-000 |
| COINTELPRO/The New Left | 1327595-000 |
| David Sloan Lewis | 1324477-000 and 1324477-001 |
| Robert Harvey McRoberts | 1324554-000 and 1324554-001 |
| Isadore Erwin Millstone | 1324738-000 and 1324738-001 |
| Howard Joseph Morgens | 1324565-000 and 1324565-001 |
| Carter Revard | 1324650-000 and 1324650-001 |

| | |
|---|---|
| Ed Rollins | 1324653-000 and 1324653-001 |
| Jeffrey Schevitz | 1324645-000 and 13244654-001 |
| Trudi Spigel | 1324658-000 and 1324658-001 |
| Barbara Wunsch | 1324352-000 and 1324352-001 |
| Ben Zaricor | 1324660-000 and 1324660-001 |
| Paul Abraham Freund | 1325049-000  and 1325049-001 |
| Clark McAdams Clifford | 1325015-000 and 1325015-001 |
| Student Peace Movement | 1328601-000 |
| Paul Piccone | 1324893-000 |
| 157-HQ-6 SUB 42 SER 1305 | 1328192-000 |
| 157-HQ-6-SUB 42 SER 1213 | 1328189-000 |
| 100-SL-20896 | 1329620-000 |
| 100-SL-20884 | 1329618-000 |
| 100-SL-20609 | 1329607-000 |
| 100-SL-21213 | 1329747-000 |
| 100-SL-443 SER 853 | 1328713-000 |
| 100-SL-20957 | 1329643-000 |
| 100-SL-21911 | 1329641-000 |
| 100-SL-20910 | 1329623-000 |
| 100-SL-21008 | 1329720-000 |
| 100-SL-20981 | 1329648-000 |
| 100-SL-20958 | 1329645-000 |
| 100-HQ-53848 | 1329256-000 |
| 100-SL-21776 | 1328126-000 |
| 100-HQ-446997 | 1328150-000 |
| 100-HQ-448006 | 1328151-000 |
| 105-HQ-138315 | 1328177-000 |
| 100-HQ-439048 | 1328148-000 |
| 144-SL-72 | 1328188-000 |
| 100-SL-20325 | 1328887-000 |
| 100-SL-19961 | 1328885-000 |
| 100-SL-19785 | 1328879-000 |
| Young Americans for Freedom | 1327604-000 |
| 100-SL-19355 | 1328864-000 |
| 57-HQ-6-42 | 1328710-000 |
| 100-SL-10173 | 1328722-000 |
| 100-SL-14472 | 1328735-000 |
| 100-SL-19532 | 1328869-000 |
| 100-SL-17150 | 1328860-000 |
| 100-SL-20608 | 1328895-000 |
| 100-SL-21310 | 1328176-000 |

| | |
|---|---|
| 100-SL-148047 | 1328142-000 |
| 100-SL-27247 | 1328136-000 |
| 100-SL-21513 | 1328103-0 |
| 100-SL-21539 | 1328106-0 |
| 100-SL-21559 | 1328119-0 |
| 100-SL-21607 | 1328120-0 |
| 100-SL-21616 | 1328121-0 |
| 100-SL-21761 | 1328124-0 |
| 100-SL-21841 | 1328129-0 |
| 100-SL-21930 | 1328135-0 |
| 100-WF-46171 | 1328139-0 |
| 100-WF-49205 | 1328140-0 |
| 100-NY-163103 | 1328146-0 |
| 100-HQ-449289 | 1328152-0 |
| 100-HQ-449698 | 1328156-0 |
| 100-HQ-451235 | 1328157-0 |
| 100-HQ-451621 | 1328161-0 |
| 100-HQ-457443 | 1328164-0 |
| 100-HQ-47216 | 1328410-0 |
| 100-HQ-451098 | 1328414-0 |
| 100-HQ-448608 | 1328412-0 |
| 100-HQ-454565 | 1328419-0 |
| 100-SL-21894 | 1328131 |
| 100-SL-21919 | 1328134 |
| 100-NY-158916 | 1328145 |
| 100-HQ-453121 | 1328163 |
| 100-HQ-4048 | 1328168 |
| 105-SL-6258C | 1328173 |
| 157-SL-4023 | 1329347 |
| 157-SL-5818 | 1329351 |
| 157-SL-5864 | 1329356 |
| 157-SL-5869 | 1329357 |
| 157-SL-5951C | 1329360 |
| 157-SL-5964 | 1329363 |
| 157-SL-6018 | 1329367 |
| 163-SL-257 | 1329374 |
| 176-SL-10 | 1329378 |
| 100-HQ-21931 | 1329395 |
| 100-HQ-22036 | 1329398 |
| 100-HQ-22259 | 1329402 |
| 100-HQ-22821 | 1329406 |

| | |
|---|---|
| 100-HQ-38043 | 1329407 |
| 100-HQ-46306 | 1329409 |
| 100-HQ-161638 | 1329413 |
| 100-HQ-164563 | 1329417 |
| 100-HQ-53004 | 1329432 |
| 100-HQ-67885 | 1329436 |
| 105-HQ-63115 | 1329438 |
| 105-HQ-81667 | 1329441 |
| 105-HQ-82304 | 1329443 |
| 105-HQ-183299 | 1328178-000 and 1328561-000 |
| Eugene Harold Thayer | 1325210-000 |
| 174-SL-180 | 1330292-000 |
| 105-HQ-140092 | 1330345-000 |
| 105-HQ-183299 | 1328178-000 |
| 105-HQ-92078 | 1330323-000 |
| 176-SL-5 | 1330296-000 |
| 105-HQ-156261 | 1330390-000 |
| 105-HQ-153370 | 1330398-000 |
| 105-HQ-174932 | 1330403-000 |
| 105-HQ-85753 | 1330312-000 |
| 105-HQ-173367 | 1330469-000 |
| 105-HQ-123035 | 1330343-000 |
| 200-CV-29595 | 1330788-000 |
| 176-CV-65 | 1330771-000 |
| 176-CG-1156 | 1330791-000 |
| 105-HQ-106218 | 1330329-000 |
| 100-SL-21306 | 1329999-000 |
| 100-SL-21236 | 1329995-000 |
| 100-SL-21466 | 1330096-000 |
| 100-SL-21465 | 1330091-000 |
| 100-SL-21444 | 1330086-000 |
| 105-HQ-186630 | 1330492-000 |
| 25-AL-12552 | 1330620-000 |
| 14-SL-77 | 1330158-000 |
| 25-NY-12156 | 1330618-000 |
| 25-NY-121563 | 1330625-000 |
| 100-SL-21339 | 1330031-000 |
| 100-SL-21368 | 1330062-000 |
| 100-SL-21365 | 1330058-000 |
| 12-HQ-112434 | 1330135-000 |
| 100-SL-21431 | 1330080-000 |

| | |
|---|---|
| 100-SL-21389 | 1330072-000 |
| 100-SL-21383 | 1330066-000 |
| 100-SL-21330 | 1330022-000 |
| 100-SL-21307 | 1330012-000 |
| 100-SL-21488 | 1330099-000 |
| 157-HQ-0 | 1330977-000 |
| 176-HQ-00 | 1330890-000 |
| American Friends Service Committee | 1331015-000 |
| Danforth Foundation | 1331087-000 |
| 176-HQ-0 | 1330878-000 |
| 157-HQ-00 | 1330992-000 |
| Doctors for Peace (St. Louis Chapter) | 1331162-000 |
| Metro Tenant Org. | 1331361-000 |
| Grape Boycott (St. Louis) | 1331492-000 |
| Committee Against Fascism | 1331185-000 |
| NAACP (St. Louis) | 1331367-000 |
| Black Nationalist Movement | 1331131-000 |
| Fellowship of Reconciliation (St. Louis) | 1331236-000 |
| Business Executives Move for Vietnam Peace (St. Louis) | 1331213-000 |
| Church of All Worlds (St. Louis) | 1331172-000 |
| Krye Packing | 1331335-000 |
| Mid City C.C. | 1331376-000 |
| GI's and Civilians Against the War (St. Louis) | 1331265-000 |
| Gay Liberation Front (St. Louis) | 1331238-000 |
| Counterintelligence  (COINTELPRO New Left) | 1332063-000 |
| Counterintelligence (COINTELPRO Black Extremist) | 1332067-000 |
| Festival of Life | 1331526-000 |
| Clergy and Layman Concerned about Vietnam (St. Louis) | 1331469-000 |
| Committee Against War (St. Louis) | 1331222-000 |
| Legal Defense Fund (St. Louis) | 1331397-000 |
| National Coalition Against War and Repression (St. Louis) | 1332258-000 |
| Agitator Index | 1332085-000 |
| St. Louis Economic Boycott | 1332268-000 |
| FBI Denial of Waiver Fees | Fee waiver |
| Legal Aid Society | 1332237-000 |

| | |
|---|---|
| High School Student Union (St. Louis) | 1332191-000 |
| New Hard Times | 1332095-000 |
| Freelance Magazine | 1332110-000 |
| Films for Social Change | 1332113-000 |
| New Critics Press | 1332106-000 |
| 134-SL-544 | 1328180-000 |
| 134-SL-5407 | 1329193-000 |
| 134-SL-5429 | 1328185-000 |
| 134-SL-5430 | 1328187-000 |
| Attacks on Police | NFP-47091 |
| Anti-Draft Activities | NFP-47091 |
| April Action | NFP-47091 |
| Possible Racial Violence (St. Louis) | NFP-47091 |
| 15-Nov | NFP-47091 |
| Rent Strike | NFP-47091 |
| Minutemen | NFP-47091 |
| R.A.M. | NFP-47091 |
| Criticism of FBI | NFP-47091 |
| Extremist Highlights | NFP-47091 |
| Transition | NFP-47091 |
| Key Activists | NFP-47091 |
| Possible Sources | NFP-47091 |
| EEDIN | NFP-47091 |
| "Fight Back" | NFP-47091 |
| 15-Oct | NFP-47091 |
| PLP | NFP-47091 |
| Presido 27 | NFP-47091 |
| Resistance | NFP-47091 |
| Stockpiling Arms | NFP-47091 |
| Street Sheet | NFP-47091 |
| Sit-In and Occupation of University Buildings by Students December 6-16, 1968 | 1333510-000 |

31.  As to the following FOIA requests, the FBI has neither assigned a tracking number nor sent an acknowledgment letter, and has not made a final determination as to whether to release any responsive records:

| |
|---|
| Terry Koch |
| The New Left |
| Peace Information Center |
| St. Louis Draft Resistance (SLDR) |
| Committee to Support Draft Resistance (CSDR) |
| Black Liberators, St. Louis |
| Committee to Secure Justice for Ft. Leonard Wood |
| Committee to Support the Resistance, St. Louis |
| National Tenants Organization, St. Louis |
| National Socialist White Peoples Party, St. Louis |
| National Welfare Rights Organization, St. Louis |
| New Democratic Coaliation |
| New Mobilization Committee to End the War [or] Mobilization Committee to End the War, St. Louis Chapter |
| Peace Action Council |
| Peace and Freedom Party, St. Louis Chapter |
| Radical Action for People (RAP), St. Louis |
| Resistence Action Committee (R.A.C.) |
| Scientists Committee on Chemical and Biological Warfare |
| SCLC, St. Louis |
| Social Workers for Peace, St. Louis |
| Socialists Workers Party, St. Louis |
| St. Louis Bail Fund |
| St. Louis Council of Black People |
| St. Louis Committee Against the War in Vietnam |
| Student Mobilization to End the War |
| Student Non-Violence Coordinating Committee |
| Task Force |
| Union of Radical Sociologists |
| United Front, St. Louis |
| United World Federalists, St. Louis |
| Venceremos Brigade |
| 44-935 |
| 44-45068 |
| 61-3499 |
| 61-14635 |
| 62-5-30535 |
| 62-102939 |
| 62-111181 |
| 62-112228 |
| 65-14635 |

| |
|---|
| 65-22077 |
| 65-22113 |
| 65-22436 |
| 65-25648 |
| 65-25963 |
| 65-67654 |
| 65-67838 |
| 65-68220 |
| 65-74112 |
| 69-1125 |
| 98-672 |
| 98-673 |
| 98-1481 |
| 98-2139 |
| 98-46432 |
| 98-46507 |
| 100-439 |
| 100-10988 |
| 100-14259 |
| 100-14472*** |
| 100-16205 |
| 100-17285 |
| 100-19453 |
| 100-20324 |
| 100-20911 |
| 100-20925 |
| 100-20987 |
| 100-21303 |
| 100-21410 |
| 100-463606 |
| 105-4084 |
| 105-123035 |
| Investigations of claims by Washington University St. Louis students that their civil rights were infringed because they were not able to go to classes because of protesters blocking entrances |
| A meeting at Holmes Lounge on March 24, 1970 |
| March 24 restraining order |
| The fire at the Washington University St. Louis Air Force ROTC building during a Vietnam war protest on May 4-5, 1970 and the throwing of a cherry bomb at the police |

| |
|---|
| Milwaukee 14 |
| St. Louis Fall Peace Conference |
| The newspaper *Student Life* – Washington University Student Newspaper |
| The newspaper *The Outlaw* – Independent newspaper published between 1970-1973 inclusive |
| Daily World |
| New Left Publications |
| Newspapers Underground (Black), St. Louis |
| Newspapers Underground (New Left), St. Louis |
| St. Louis Free Press |
| Underground New Left Newspapers, St. Louis |
| Underground Black Newspapers, St. Louis |
| The Civil Disobedience Act of 1968, 18 U.S.C. § 231 |
| 18 U.S.C. § 231 (a)(3) |
| The court cases *United States of America v. Howard Mechanic* and *United States of America v. Lawrence Kogan* |
| SPECTAR |
| 113th MI Group |
| Foreign Influence in Black Nationalism |
| Investigation Memo Depicting Weathermen Fugitives |
| NSRP |

More than 30 business days have elapsed since Plaintiff submitted each of these requests. Because the FBI has not made a final determination as to whether to release any records responsive to these requests, Plaintiff is deemed to have exhausted her administrative remedies as to these requests.

32. As to the following FOIA requests, the FBI has assigned a tracking number and sent an acknowledgment letter, but has not made a final determination as to whether to release any responsive records:

| File Name | FBI Tracking No. | Date of FBI Response |
|---|---|---|
| Devereaux Kennedy | 1324514-000 | 30-Mar-15 |
| John Merrill Olin | 1324796-000 | 27-Mar-15 |
| George Edward Pake | 1324849-000 | 27-Mar-15 |
| Garland Allen | 1324299-000 | 30-Mar-15 |
| Elliot Horace Stein | 1325204-000 | 2-Apr-15 |
| George Capps | 1325007-000 | 3-Apr-15 |
| Alvin Ward Gouldner | 1325193-000 | 3-Apr-15 |

| | | |
|---|---|---|
| Dan Bolef | 1324968-000 | 3-Apr-15 |
| Howard Mechanic | 1238295-0 | 11/12/2013 and April 13, 2015 |
| Barry Commoner | 1325022-000 | 8-Apr-15 |
| Frederick Lewis Deming | 1325027-000 | 8-Apr-15 |
| Elliot Horace Stein | 1325204-000 | 13-Apr-15 |
| Patricia Gail Pellett | 1324250-000 | 13-Apr-15 |
| Left Bank Books | 1325835-000 | 15-Apr-15 |
| Sanford Noyes McDonnell | 1324546-000 | 15-Apr-15 |
| Action Committee to Increase Opportunities for Negros (ACTION?) | 1325398-000 | 17-Apr-15 |
| St. Louis County Police Department | 1326398-000 | 30-Apr-15 |
| University City Police Department | 1326971-000 | 30-Apr-15 |
| 157-HQ-6-SUB 42 SER 1213 | 1328189-000 | 4-Jun-15 |
| Young Americans for Freedom | 1327604-000 | 18-May-15 |
| 174-SL-180 | 1330292-000 | 12-Jun-15 |
| 105-HQ-140092 | 1330345-000 | 12-Jun-15 |
| 105-HQ-85753 | 1330312-000 | 11-Jun-15 |
| 105-HQ-106218 | 1330329-000 | 11-Jun-15 |
| 105-HQ-186630 | 1330492-000 | 16-Jun-15 |
| Danforth Foundation | 1331087-000 | 24-Jun-15 |
| 157-HQ-00 | 1330992-000 | 23-Jun-15 |
| Clergy and Layman Concerned about Vietnam (St. Louis) | 1331469-000 | 6-Jul-15 |

More than 30 business days have elapsed since Plaintiff submitted each of these requests. Because the FBI has not made a final determination as to whether to release any records responsive to these requests, Plaintiff is deemed to have exhausted her administrative remedies as to these requests.

33.   As to the following FOIA requests, the FBI responded that it could locate no responsive records and Plaintiff administratively appealed the FBI's determination on the listed dates:

| File Name | FBI Tracking No. | Date of FBI Response | Appeal Initiated | Appeal Tracking No. | Appeal Status |
|---|---|---|---|---|---|
| Joseph Cohn | 1325021-000 | June 12, 2015 | Appealed July 13, 2015 | AP-2015-04786 July 22, 2015 | Pending |
| University Council (Washington University | 1325772-000 | May 4, 2015 | Appealed 6/12/2015 | AP-2015-04377 July 2, 2015 | Pending |
| Women's International Committee for Peace and Freedom (St. Louis Chapter) | 1325902-000 | 13-Apr-15 | Appealed 6/12/2015 | AP-2015-03930 July 6, 2015 | Pending |
| St. Louis War Resistors League and St. Louis War Resisters League | 1325895-000 and 1332629-000 | July 16, 2015 and July 24, 2015 | Appealed 6/12/2015 | AP-2015-04378 July 6, 2015 | Pending |
| Ethan Allen Hitchcock Shepley | 1325122-000 | 15-Apr-15 | Appealed 6/12/2015 | AP-2015-04379 July 6, 2015 | Pending |
| The Rebstock Group | 1325795-000 | 20-Apr-15 | Appealed 6/12/2015 | | Pending |
| Washington University in St. Louis Sociology Department | 1326377-000 | 21-Apr-15 | Appealed 6/12/2015 | AP-2015-04381 July 6, 2015 | Pending |
| Board of Trustees of Washington University - St. Louis | 1326394-000 | 21-Apr-15 | Appealed 6/12/2015 | AP-2015-04382 July 6, 2015 | |

| The McDonnell Film | 1326219-000 | 22-Apr-15 | Appealed 6/12/2015 | AP-2015-04383 July 6, 2015 | Pending |
|---|---|---|---|---|---|
| 113th MI Group III | 1326234-000 and 1326223-000 | May 4, 2015 | Appealed 6/5/2015 and 6/12/2015 | AP-2015-03284 June 5, 2015 (A and B letters) | Denied June 29, 2015 |
| Pardoning of Howard Mechanic by President Clinton (January 2001) | 1326212-000 | May 21, 2015 | Appealed 6/12/2015 | AP-2015-04385 July 6, 2015 | Denied August 7, 2015 |
| Temporary Restraining Order on Howard Mechanic and Larry Kogan | 1326331-000 | 23-Apr-15 | Appealed 6/12/2015 | AP-2015-04386 July 6, 2015 | Denied August 7, 2015 |
| City of Clayton Police Department | 1327503-000 | 24-Apr-15 | Appealed 6/12/2015 | AP-2015-04403 July 6, 2015 | Pending |
| Student Peace Movement | 1328601-000 | 12-May-15 | Appealed 6/12/15 | AP-2015-04404 July 6, 2015 | Pending |
| 100-HQ-53848 | 1329256-000 | 26-May-15 | Appealed 6/12/2015 | AP-2015-04405 July 6, 2015 | Denied August 3, 2015 |
| 144-SL-72 | 1328188-000 | 20-May-15 | Appealed 6/12/2015 | AP-2015-04406 July 6, 2015 | Denied August 3, 2015 |
| 100-SL-21310 | 1328176-000 | 19-May-15 | Appealed 6/12/2015 | AP-2015-04407 July 6, 2015 | Denied August 3, 2015 |
| 100-SL-148047 | 1328142-000 | 19-May-15 | Appealed 6/12/2015 | AP-2015-04408 July 6, 2015 | Denied August 3, 2015 |

| 100-SL-27247 | 1328136-000 | 19-May-15 | Appealed 6/12/2015 | AP-2015-04409 July 6, 2015 | Denied August 3, 2015 |
|---|---|---|---|---|---|
| 200-CV-29595 | 1330788-000 | June 30, 2015 | Appealed July 13, 2015 | AP-2015-04794 July 22, 2015 | Pending |
| 176-CG-1156 | 1330791-000 | July 2, 2015 | Appealed July 13, 2015 | | Pending |
| 12-HQ-112434 | 1330135-000 | 11-Jun-15 | Appealed June 28, 2015 | AP-2015-04145 July 15, 2015 | Denied August 7, 2015 |
| Doctors for Peace (St. Louis Chapter) | 1331162-000 | 30-Jun-15 | Appealed July 13, 2015 | AP-2015-04549 July 22, 2015 | Pending |
| Metro Tenant Org. | 1331361-000 | 30-Jun-15 | Appealed July 13, 2015 | AP-2015-04787 July 22, 2015 | Pending |
| Committee Against Fascism | 1331185-000 | 30-Jun-15 | Appealed July 13, 2015 | AP-2015-04788 July 22, 2015 | Pending |
| Business Executives Move for Vietnam Peace (St. Louis) | 1331213-000 | 1-Jul-15 | Appealed July 13, 2015 | AP-2015-04789 July 22, 2015 | Pending |
| Church of All Worlds (St. Louis) | 1331172-000 | 30-Jun-15 | Appealed July 13, 2015 | AP-2015-04790 July 22, 2015 | Pending |
| Krye Packing | 1331335-000 | 2-Jul-15 | Appealed July 13, 2015 | AP-2015-04791 July 22, 2015 | Pending |
| Mid City C.C. | 1331376-000 | 2-Jul-15 | Appealed July 13, 2015 | AP-2015-04792 July 22, 2015 | Pending |

More than 20 business days have elapsed since Plaintiff submitted each of these appeals. For each of the listed appeals as to which there has been no disposition, Plaintiff is deemed to have

exhausted her administrative remedies. As to those listed appeals as to which OIP affirmed the determination of the FBI, Plaintiff has actually exhausted her administrative remedies.

34.   As to the following FOIA requests, the FBI responded that records potentially responsive to Plaintiff's FOIA request had been transferred to NARA and Plaintiff administratively appealed the FBI's determination on the listed dates:

| File Name | FBI Tracking No. | Date of FBI Response | Response | Appeal Initiated | Appeal Tracking No. | Appeal Status |
|---|---|---|---|---|---|---|
| Burton Wheeler | 1325263-000 | April 21, 2015 | NARA 157-SL-5869-380 | Appealed 6/12/15 | AP-2015-03934 July 2, 2015 | Pending |
| Dennis Winkler | 132566-000 | 17-Apr-15 | NARA 100-HQ-453212 | Appealed 6/12/2015 | AP-2015-04351 July 2, 2015 | Denied, August 12, 2015 |
| St. Louis Black Liberators | 132564-000 | May 26, 2015 | NARA 157-HQ-10356 | Appealed 6/12/2015 | | Pending |
| St. Louis Draft Resistance | 1325657-000 | June 3, 2015 | Some responsive records destroyed November 12, 1974. Other potentially responsive records at NARA - 100-SL-21504 and 100-SL-21791 | Appealed 6/12/2015 on both destruction of records and on referral to NARA | AP-2015-04246 July 1, 2015 | Pending |
| Washington University in St. Louis Political Science Department | 1326387-000 | 21-Apr-15 | NARA - 100-SL-18298-249 | Appealed 6/12/2015 | AP-2015-04354 July 2, 2015 | Denied, August 12, 2015 |

| Warren McKinney Shapleigh | 1325056-000 | June 3, 2015 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule - No date of destruction given | Appealed 6/12/2015 | AP-2015-04247 July 1, 2015 | Pending |
|---|---|---|---|---|---|---|
| KDNA Radio | 1326294-000 and 1326294-000 | 23-Apr-15 | Some responsive records destroyed on December 11, 1977. Other records potentially responsive records NARA a-100-SL-21931 | Appealed 6/12/2015 on both destruction of records and on referral to NARA | AP-2015-04248 July 1, 2015 | Pending |
| 100-SL-20896 | 1329620-000 | 29-May-15 | NARA 100-SL-20896 | Appealed 6/12/2015 | AP-2015-04356 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-20884 | 1329618-000 | 29-May-15 | NARA 100-SL-20884 | Appealed 6/12/2015 | AP-2015-04357 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-20609 | 1329607-000 | 29-May-15 | NARA 100-SL-20609 | Appealed 6/12/2015 | AP-2015-04358 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-21213 | 1329747-000 | 29-May-15 | NARA 100-SL-21213 | Appealed 6/12/2015 | AP-2015-04359 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-20957 | 1329643-000 | 29-May-15 | NARA 100-SL-20957 | Appealed 6/12/2015 | AP-2015-04360 | Denied July 15, 2015 |

| | | | | | July 2, 2015 | |
|---|---|---|---|---|---|---|
| 100-SL-21911 | 1329641-000 | 29-May-15 | NARA 100-SL-20911 | Appealed 6/12/2015 | AP-2015-04361 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-20910 | 1329623-000 | 29-May-15 | NARA 100-SL-20910 | Appealed 6/12/2015 | AP-2015-04362 July 2, 105 | Denied July 15, 2015 |
| 100-SL-21008 | 1329720-000 | 29-May-15 | NARA 100-SL-21008 | Appealed 6/12/2015 | AP-2015-04363 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-20981 | 1329648-000 | 29-May-15 | NARA 100-SL-20981 | Appealed 6/12/2015 | AP-2015-04364 July 2, 2015 | Denied July 15, 2015 |
| 100-SL-20958 | 1329645-000 | 29-May-15 | NARA 100-SL-20958 | Appealed 6/12/2015 | AP-2015-04365 July 2, 2015 | Pending |
| 100-SL-21776 | 1328126-000 | 21-May-15 | NARA 100-SL-21776 | Appealed 6/12/2015 | AP-2015-04366 July 2, 2015 | Pending |
| 100-SL-20325 | 1328887-000 | 19-May-15 | NARA 100-SL-20325 | Appealed 6/12/2015 | AP-2015-04367 July 2, 2015 | Pending |
| 100-SL-19961 | 1328885-000 | 19-May-15 | NARA 100-SL-19961 | Appealed 6/12/2015 | AP-2015-04368 July 2, 2015 | Pending |
| 100-SL-19785 | 1328879-000 | 19-May-15 | NARA 100-SL-19785 | Appealed 6/12/2015 | AP-2015-04369 July 2, 2015 | Pending |
| 100-SL-19355 | 1328864-000 | 19-May-15 | NARA 100-SL-19355 | Appealed 6/12/2015 | AP-2015-04370 July 2, 2015 | |
| 57-HQ-6-42 | 1328710-000 | 19-May-15 | NARA 57-HQ-6 | Appealed 6/12/2015 | AP-2015-04371 | Pending |

| | | | | | July 2, 2015 | |
|---|---|---|---|---|---|---|
| 100-SL-10173 | 1328722-000 | 19-May-15 | NARA 100-SL-10173 | Appealed 6/12/2015 | AP-2015-04372 July 2, 2015 | Pending |
| 100-SL-14472 | 1328735-000 | 19-May-15 | NARA 100-SL-14472 | Appealed 6/12/2015 | AP-2015-04373 July 2, 2015 | Pending |
| 100-SL-19532 | 1328869-000 | 19-May-15 | NARA 100-SL-19532 | Appealed 6/12/2015 | AP-2015-03935 July 2, 2015 | Denied July 16, 2015 |
| 100-SL-17150 | 1328860-000 | 15-May-15 | NARA 100-SL-17150 | Appealed 6/12/2015 | AP-2015-04314 July 2, 2015 | Denied August 3, 2015 |
| 100-SL-20608 | 1328895-000 | 19-May-15 | NARA 100-SL-20608 | Appealed 6/12/2015 | AP-2015-04315 July 2, 2015 | Denied July 16, 2015 |
| 100-SL-21513 | 1328103-0 | 18-May-15 | NARA 100-Sl-21513 | Appealed 6/12/2015 | AP-2015-04316 July 2, 2015 | Denied July 20, 2015 |
| 100-SL-21539 | 1328106-0 | 18-May-15 | NARA 100-SL-21539 | Appealed 6/12/2015 | AP-2015-04317 July 2, 2015 | Denied July 20, 2015 |
| 100-SL-21559 | 1328119-0 | 18-May-15 | NARA 100-SL-21559 | Appealed 6/12/2015 | AP-2015-04318 July 2, 2015 | Denied July 20, 2015 |
| 100-SL-21607 | 1328120-0 | 18-May-15 | NARA 100-SL-21607 | Appealed 6/12/2015 | AP-2015-04319 July 2, 2015 | Denied July 20, 2015 |
| 100-SL-21616 | 1328121-0 | 18-May-15 | NARA 100-SL-21616 | Appealed 6/12/2015 | AP-2015-04320 July 2, 2015 | Denied July 20, 2015 |
| 100-SL-21761 | 1328124-0 | 18-May-15 | NARA 100-SL-21761 | Appealed 6/12/2015 | AP-2015-04321 | Denied July 20, 2015 |

| | | | | | July 2, 2015 | |
|---|---|---|---|---|---|---|
| 100-SL-21841 | 1328129-0 | 18-May-15 | NARA 100-SL-21841 | Appealed 6/12/2015 | AP-2015-04322 July 2, 2015 | Denied July 20, 2015 |
| 100-SL-21930 | 1328135-0 | 18-May-15 | NARA 100-SL-21930 | Appealed 6/12/2015 | AP-2015-04323 July 2, 2015 | Denied July 20, 2015 |
| 100-WF-46171 | 1328139-0 | 18-May-15 | NARA 100-WF-46171 | Appealed 6/12/2015 | AP-2015-04324 July 2, 2015 | Denied July 20, 2015 |
| 100-WF-49205 | 1328140-0 | 18-May-15 | NARA 100-WF-49205 | Appealed 6/12/2015 | AP-2015-04325 July 2, 2015 | Denied July 20, 2015 |
| 100-NY-163103 | 1328146-0 | 18-May-15 | NARA 100-NY-163103 | Appealed 6/12/2015 | AP-2015-04326 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-449289 | 1328152-0 | 18-May-15 | NARA 100-HQ-449289 | Appealed 6/12/2015 | AP-2015-04327 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-449698 | 1328156-0 | 18-May-15 | NARA 100-HQ-449698 | Appealed 6/12/2015 | AP-2015-04328 July 2, 2015 | July 20, 2015 Remanded back to the FBI for further processing. |
| 100-HQ-451235 | 1328157-0 | 18-May-15 | NARA 100-HQ-451235 | Appealed 6/12/2015 | AP-2015-04329 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-451621 | 1328161-0 | 18-May-15 | NARA 100-HQ-451621 | Appealed 6/12/2015 | AP-2015-04330 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-457443 | 1328164-0 | 18-May-15 | NARA 100-HQ-457443 | Appealed 6/12/2015 | AP-2015-04331 July 2, 2015 | Denied July 20, 2015 |

| 100-HQ-47216 | 1328410-0 | 18-May-15 | NARA 100-HQ-47216 | Appealed 6/12/2015 | AP-2015-04332 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-451098 | 1328414-0 | 18-May-15 | NARA 100-HQ-451098 | Appealed 6/12/2015 | AP-2015-04333 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-448608 | 1328412-0 | 18-May-15 | NARA 100-HQ-448608 | Appealed 6/12/2015 | AP-2015-04334 July 2, 2015 | Denied July 20, 2015 |
| 100-HQ-454565 | 1328419-0 | 18-May-15 | NARA 100-HQ-454565 | Appealed 6/12/2015 | AP-2015-04336 July 2, 2015 | Denied July 20, 2015 |
| Grape Boycott (St. Louis) | 1331492-000 | 30-Jun-15 | NARA 100-SL-21447 | Appealed July 13, 2015 | AP-2015-04551 July 21, 2015 | Pending |

More than 20 business days have elapsed since Plaintiff submitted each of these appeals. For each of the listed appeals as to which there has been no disposition, Plaintiff is deemed to have exhausted her administrative remedies. As to those listed appeals as to which OIP affirmed the determination of the FBI, Plaintiff has actually exhausted her administrative remedies.

35.   As to the following FOIA requests, the FBI responded that records potentially responsive to Plaintiff's FOIA request had been destroyed and Plaintiff administratively appealed:

| File Name | FBI Tracking No. | Date of FBI Response | Response | Appeal Initiated | Appeal Tracking No. | Appeal Status |
| --- | --- | --- | --- | --- | --- | --- |

| | | | | | | |
|---|---|---|---|---|---|---|
| Samuel Charles Sachs | 1324931-000 | April 21, 2015 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule - Destroyed January 24, 1978 | Appealed 6/12/15 | AP-2015-03933 July 1, 2015 | Pending |
| St. Louis Draft Resistance | 1325657-000 | 3-Jun-15 | Some responsive records destroyed November 12, 1974. Other potentially responsive records at NARA are 100-SL-21504 and 100-SL-21791 | Appealed 6/12/2015 on both destruction of records and on referral to NARA | AP-2015-04246 July 1, 2015 | Pending |
| KDNA Radio | 1326294-000 and 1326294-000 | 23-Apr-15 | Some responsive records destroyed on December 11, 1977. Other records potentially responsive at NARA are 100-SL-21931 | Appealed 6/12/2015 on both destruction of records and on referral to NARA and NARA request made July 2015 | AP-2015-04248 July 1, 2015 | Pending |
| 100-SL-443 SER 853 | 1328713-000 | 29-May-15 | Records destroyed January 5, 1978 | Appealed 6/12/2015 | AP-2015-04149 July 1, 2015 | Denied August 3, 2015 |

| 100-SL-21894 | 1328131 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04250 July 1, 2015 | Denied July 16, 2015 |
| 100-SL-21919 | 1328134 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04251 July 1, 2015 | Denied July 20, 2015 |
| 100-NY-158916 | 1328145 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04252 July 1, 2015 | Denied August 3, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100-HQ-453121 | 1328163 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04253 July 1, 2015 | Denied July 16, 2015 |
| 100-HQ-4048 | 1328168 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04254 July 1, 2015 | Denied July 16, 2015 |
| 105-SL-6258C | 1328173 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04255 July 1, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 157-SL-4023 | 1329347 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04256 July 1, 2015 | Denied July 16, 2015 |
| 157-SL-5818 | 1329351 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04257 July 1, 2015 | Denied July 16, 2015 |
| 157-SL-5864 | 1329356 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04258 July 1, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 157-SL-5869 | 1329357 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04259 July 1, 2015 | Denied July 16, 2015 |
| 157-SL-5951C | 1329360 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04260 July 1, 2015 | Denied July 16, 2015 |
| 157-SL-5964 | 1329363 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04261 July 1, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 157-SL-6018 | 1329367 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04262 July 1, 2015 | Denied July 16, 2015 |
| 163-SL-257 | 1329374 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04263 July 1, 2015 | Denied July 16, 2015 |
| 176-SL-10 | 1329378 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04264 July 16, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100-HQ-21931 | 1329395 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04265 July 1, 2015 | Denied July 16, 2015 |
| 100-HQ-22036 | 1329398 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04266 July 1, 2015 | Denied July 16, 2015 |
| 100-HQ-22259 | 1329402 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04267 July 1, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100-HQ-22821 | 1329406 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04268 July 1, 2015 | Denied July 16, 2015 |
| 100-HQ-38043 | 1329407 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04269 July 1, 2015 | Denied July 16, 2015 |
| 100-HQ-46306 | 1329409 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04270 July 1, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100-HQ-161638 | 1329413 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04271 July 1, 2015 | Denied July 16, 2015 |
| 100-HQ-164563 | 1329417 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04272 July1, 2015 | Denied July 16, 2015 |
| 100-HQ-53004 | 1329432 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04273 July 1, 2015 | Denied July 16, 2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100-HQ-67885 | 1329436 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04274 July 1, 2015 | Denied July 16, 2015 |
| 105-HQ-63115 | 1329438 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04275 July 1, 2015 | Denied July 16, 2015 |
| 105-HQ-81667 | 1329441 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04276 July 1, 2015 | Pending |

| 105-HQ-82304 | 1329443 | 28-May-15 | Destroyed by NARA under the FBI Records Retention Plan and Disposition Schedule sometime between January 21, 1978 - July 7, 2011 | Appealed 6/12/2015 | AP-2015-04277 July 1, 2015 | Pending |

More than 20 business days have elapsed since Plaintiff submitted each of these appeals. For each of the listed appeals as to which there has been no disposition, Plaintiff is deemed to have exhausted her administrative remedies. As to those listed appeals as to which OIP affirmed the determination of the FBI, Plaintiff has actually exhausted her administrative remedies.

36.   As to the following FOIA requests, the FBI provided only previously processed records (either by producing the pages to Plaintiff or referring her to the FBI's electronic reading room, The Vault) and Plaintiff administratively appealed the adequacy of the FBI's search and all of the redactions:

| File Name | FBI Tracking No. | Date of FBI Response | Response | Appeal Initiated | Appeal Tracking No. | Appeal Status |
|---|---|---|---|---|---|---|
| Michael Herman Semler | 1324344-000 | May 25, 2015 | sent 2 responsive pages. | Appealed 6/12/2015 | AP-2015-03931 July 6, 2015 | Pending |
| Charles Oldham | 1324746-000 | May 21, 2015 | sent 3 responsive pages | Appealed 6/12/15 | AP-2015-04423 July 6, 2015 | Pending |

40

| The Black Panthers | 1325624-000 | May 21, 2015 | Referred to the Vault | Appealed 6/12/2015 | AP-2015-03932 July 6, 2015 | |
|---|---|---|---|---|---|---|
| Students for a Democratic Society/Weathermen | 1327513-000 | 30-Apr-15 | Referred to the Vault | Appealed 6/12/2015 | | Pending |
| COINTELPRO/The New Left | 1327595-000 | 30-Apr-15 | Referred to the Vault | Appealed 6/12/2015 | AP-2015-04426 July 6, 2015 | Pending |
| Paul Abraham Freund | 1325049-000 and 1325049-001 | 29-May-15 | Provided already released files 1960-1965 | Appeal filed May 12, 2015 and second request filed May 12, 2015 - Denied our appeal as the window in which we had to make an administrative appeal had expired. DOJ reopened the case on appeal. DOJ June 30 letter opened a new request 132049-001 | AP-2015-03252 June 2, 2015 | Under 1325059-001 The FBI is currently processing additional records (DOJ appeals letter 6/30/15) |

| | | | | | |
|---|---|---|---|---|---|
| Clark McAdams Clifford | 1325015-000 and 1325015-001 | 22-May-15 | Provided already released files. In response to second request, on May 22, 2015 FBI responded that they are searching for records | Appeal filed May 18, 2015 and second request filed May 18, 2015 | AP-2015-03398 May 26, 2015 | Denied. Appeal seen as a request for expedited treatment |
| Paul Piccone | 1324893-000 | 12-May-15 | sent 2 responsive pages | Appealed 6/12/15 | AP-2015-04424 July 6, 2015 | Pending |
| American Friends Service Committee | 1331015-000 | 23-Jun-15 | Referred to the Vault | Appealed June 28, 2015 | AP-2015-04146 July 15, 2015 | Pending |
| NAACP (St. Louis) | 1331367-000 | 30-Jun-15 | Referred to the Vault | Appealed July 13, 2015 | AP-2015-04550 July 21, 2015 | Pending |
| Counterintelligence (COINTELPRO New Left) | 1332063-000 | 7-Jul-15 | Referred to the Vault | Appealed July 13, 2015 | AP-2015-04552 July 21, 2015 | Pending |
| Counterintelligence (COINTELPRO Black Extremist) | 1332067-000 | July 7, 2015 | Referred to the Vault | Appealed July 13, 2015 | AP-2015-04760 July 21, 2015 | Pending |

Case 1:15-cv-01303-GK   Document 1   Filed 08/12/15   Page 43 of 46

More than 20 business days have elapsed since Plaintiff submitted each of these appeals. For each of the listed appeals as to which there has been no disposition, Plaintiff is deemed to have exhausted her administrative remedies. As to those listed appeals as to which OIP affirmed the determination of the FBI, Plaintiff has actually exhausted her administrative remedies.

37.   As to the following FOIA requests, the FBI located responsive files and Plaintiff committed to paying duplications fees.

| File Name | FBI Tracking No. | Date of FBI Response | Response | Duplication Request Disposition |
|---|---|---|---|---|
| Lawrence Kogan | 125435-000 | 11-Feb-14 | 1585 responsive pages | Duplication requested March 19, 2014 |
| Washington University and New Left (09/01/1963 - 12/31/1975) | 1259418-000 | 3-Apr-14 | 1880 responsive pages | Duplication requested July 11, 2014 |
| ROTC Washington University | 1325736-000 and 1325736-001 | July 8, 2015 | 12,750 responsive pages | Records Duplication Requested 6/26/15 |
| 176-SL-5 | 1330296-000 | July 27, 2015 | 1250 responsive pages | Requested duplication on August 11, 2015 |
| 105-HQ-156261 | 1330390-000 | July 6, 2015 | 1250 responsive pages | Requested duplication 7-29-2015 |
| 105-HQ-153370 | 1330398-000 | July 27, 2015 | 2750 responsive pages | Requested duplication on August 11, 2015 |
| 105-HQ-173367 | 1330469-000 | August 6, 2015 | 5000 responsive pages | Requested duplication on August 11, 2015 |
| 105-HQ-123035 | 1330343-000 | July 2, 2015 | 2500 responsive pages | Requested duplication 7-29-2015 |

43

| 14-SL-77 | 1330158-000 | July 10, 2015 | 1594 responsive pages | Requested duplication July 29, 2015 |

Plaintiff has appealed the denial of her fee waiver and continues to challenge the FBI's fee determination. In the event that Plaintiff prevails on her request for a fee waiver, she should be provided with responsive records at no charge. In the event that she does not prevail on her request for a waiver of fees, Plaintiff has committed and will pay fees as indicated in her response. Therefore, the FBI should not delay processing of these requests. As more than 20 business days have elapsed since Plaintiff submitted the fee waiver appeal and there has been no disposition, Plaintiff is deemed to have exhausted her administrative remedies.

38.    As to the following FOIA requests, the FBI located responsive files, but Plaintiff has not committed to paying fees:

| File Name | FBI Tracking No. | Date of FBI Response | Response |
|-----------|------------------|----------------------|----------|
| 100-HQ-446997 | 1328150-000 | 18-May-15 | Located 107,250 pages of records with an estimated cost of $3220.00 in duplication fees. |
| 100-HQ-448006 | 1328151-000 | 18-May-15 | Located 10,250 pages of records with an estimated cost of 310.00 in duplication fees |
| 105-HQ-138315 | 1328177-000 | 18-May-15 | Located 165,000 pages of records with an estimated cost of $4945.00 in duplication fees. |
| 100-HQ-439048 | 1328148-000 | 18-May-15 | Located 180,000 pages of records with an estimated cost of $5395.00 in duplication fees |
| 157-HQ-0 | 1330977-000 | 23-Jun-15 | Located 22,250 responsive pages with an estimated cost of $670 |

Plaintiff has appealed the denial of her fee waiver and continues to challenge the FBI's fee determination. In the event that Plaintiff prevails on her request for a fee waiver, she should be provided with responsive records at no charge. In the event that she does not prevail on her request for a waiver of fees, Plaintiff will consider narrowing the request due to the prohibitively high cost of fees. As more than 20 business days have elapsed since Plaintiff submitted the fee waiver appeal and there has been no disposition, Plaintiff is deemed to have exhausted her administrative remedies.

COUNT I:
VIOLATION OF FOIA

39.     This Count realleges and incorporates by reference all of the preceding paragraphs.

40.     Each of the documents referred to in this Complaint is incorporated herein by reference.

41.     Defendant has violated FOIA by improperly withholding the requested records.

42.     Defendant has violated FOIA by failing to grant Plaintiff's request for a fee waiver.

43.     Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to produce the requested records.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Declare that Plaintiff is entitled to a fee waiver under FOIA;

45

(3) Order Defendant to process the requested records without further delay and release all nonexempt portions to Plaintiff without charging Plaintiff fees;

(4) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(5) Grant Plaintiff such other and further relief which the Court deems proper.


Respectfully Submitted,

___ /s/ Jeffrey L. Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*