**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
NINA GILDEN SEAVEY,            )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 15-1303 (GK)
                               )
DEPARTMENT OF JUSTICE, et al.,)
                               )
            Defendants.        )
_____)
```

**JOINT STATUS REPORT**

In this Freedom of Information Act ("FOIA") case, the parties are moving forward to try and narrow the issues plaintiff has raised in her First Amended Complaint against the Federal Bureau of Investigation ("FBI"), the Central Intelligence Agency ("CIA"), and the National Archives and Records Administration ("NARA"), which involves hundreds of FOIA requests.  The parties have been able to resolve plaintiff's claims against the CIA and will not need to brief any exemption claims with respect to the CIA.  The parties are continuing to work to resolve the processing issues associated with plaintiff's claims against the FBI and NARA and are continuing to proceed ahead to try and identify where issues can be resolved without the need for litigation.  The parties are hopeful there will be even greater progress to report in the next status report to the Court in 60 days, as ordered by this Court on November 19, 2015.

Respectfully submitted,


CHANNING D. PHILLIPS, D.C. BAR # 415793
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division



/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov


*Counsel for Defendants*


/s/ *Jeffrey L. Light*
JEFFREY L. LIGHT, D.C. Bar #485360
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com



*Counsel for Plaintiff*