UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA GILDEN SEAVEY, <br><br> PLAINTIFFS <br> vs. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> DEFENDANTS | ) <br> ) <br> ) Civil Action No. 1:15-cv-1303 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STATUS REPORT AND DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to the Court's order of May 20, 2016 [ECF dkt: 14] directing the parties to file a Joint Status Report on July 19, 2016, the parties have conferred and submit this Joint Status Report.

Since the last status report, the parties have conferred in an attempt to narrow Plaintiff's requests and agree to a production schedule. With respect to Plaintiff's FOIA requests to NARA, the parties have reached an understanding on several issues and are hopeful that they will be able to agree on a production schedule if given additional time to negotiate. With respect to Plaintiff's FOIA requests to the FBI, the parties are still in the process of attempting to resolve several issues, including the rate of production of documents; which portions of Plaintiff's FOIA requests can be narrowed or eliminated; and prioritization of those portions of Plaintiff's requests that are of greatest interest to her. Should the Court's intervention on any of these issues be necessary, the parties will propose a briefing schedule in their next status report. With respect to the CIA, the parties agree that the agency has fulfilled its FOIA obligations and anticipate dismissing the agency from the case.

The parties have further agreed that the Court should lift the stay. However, given that Defendants' response to the voluminous Amended Complaint would require a significant expenditure of resources while doing little to advance the litigation, the parties agree that Defendants' response to the Amended Complaint should be deferred until production of non-exempt records is complete and a briefing schedule has been entered, so that Defendants can respond to the Amended Complaint with a dispositive motion.

A proposed order is attached.

Respectfully submitted,

_/s/ Jeffrey L. Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. BAR # 415793
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

/s/ *Marina Utgoff Braswell*_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendants*