UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA GILDEN SEAVEY, )<br>)<br>PLAINTIFFS )<br>vs. )<br>)<br>DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>DEFENDANTS )<br>_____ ) | Civil Action No. 1:15-cv-1303 (GK) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(i), Plaintiff notices the dismissal of Defendant Central Intelligence Agency from the above-captioned action. This Notice of Dismissal relates solely to the Central Intelligence Agency and not to any other defendants.

Voluntary dismissal by notice is permissible at this time because Defendants have not served either an Answer or a Motion for Summary Judgment.

Respectfully submitted,

_/s/ Jeffrey L. Light_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*