UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA GILDEN SEAVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-1303 (DLF) |
| ) | |
| DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendant. ) | |

**VOLUNTARY STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

In this case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, it is hereby stipulated and agreed between Plaintiff Nina Gilden Seavey ("Plaintiff") and Defendant Federal Bureau of Investigation ("FBI"), collectively referred to hereinafter as ("the Parties"), as follows.

1. The Parties agree to settle and compromise this action under the terms and conditions set forth in this Voluntary Stipulation ("Stipulation").

2. In consideration of Plaintiff's agreement that this action shall be dismissed with respect to the FBI, the FBI agrees to pay Plaintiff the total sum of $85,000.00 (eighty-five thousand dollars) in full satisfaction of any and all claims by Plaintiff for attorneys' fees, expenses and costs in connection with this case.

3. This Stipulation does not constitute an admission of liability or fault on the part of the FBI, the United States, its agents, servants, or employees, and is entered into by all parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation with respect to the FBI.

4. By this Stipulation, Plaintiff waives, releases, discharges, and abandons any and all claims, whether asserted or unasserted, against the FBI in connection with her FOIA request to the FBI at issue in this case, including, without limitation, all claims for attorney's fees and costs.

5. The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

6. This Stipulation , when executed by both Plaintiff's counsel and counsel for the FBI, and filed with the Court, shall constitute a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7. This Stipulation shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

8. The Parties agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

9. The Parties understand that this Stipulation contains the entire agreement between Plaintiff and the FBI; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and the FBI, or their respective counsel, not included herein shall be of any force and effect.

10. The parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against the FBI or the United States, or any agency or instrumentality of the United States.   The exception is that this Agreement may be used as evidence to enforce this Agreement.

11. This Stipulation may not be amended, modified, waived, or supplemented except by written instrument executed by duly authorized representatives of both parties.

12. If any paragraph or portion of this Stipulation is determined to be unenforceable, the remainder of this Stipulation shall remain in full force and effect.

Executed this 26th day of March 2020

Respectfully submitted,

*Jeffrey Light*
JEFFREY L. LIGHT
D.C. BAR #485360
LAW OFFICE OF JEFFREY L. LIGHT
1712 I Street, N.W.,
Suite 915
Washington, D.C. 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

TIMOTHY J. SHEA,
D.C. BAR # 437437
United States Attorney
   for the District of Columbia

DANIEL VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*Marina Braswell*
/ signed with permission - JLL
/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR # 416587
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

Counsel for Plaintiff

*Nina Seavey*
NINA GILDEN SEAVEY

Plaintiff

Counsel for Defendant

SO ORDERED:

_____
DATE

_____
UNITED STATES DISTRICT JUDGE